IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

LATASHA M. KELLY,          )
                                    )
         Plaintiff,         )     Case No. 4:13-cv-00070
                                    )
v.                           )     **<u>ORDER</u>**
                                    )
CAROLYN W. COLVIN,        )     By: Hon. Jackson L. Kiser
Acting Commissioner of Social Security,   )         Senior United States District Judge
                                    )
         Defendant.     )

---

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion for Summary Judgment [ECF No. 12], denying Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 10], and dismissing this case. This *Report* was filed on January 5, 2015, from which date the parties had fourteen (14) days to file objections. Plaintiff filed timely objections [ECF No. 15], to which the government did not respond. For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that Plaintiff's objections are **OVERRULED** and the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, and this case is hereby **DISMISSED**. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to Magistrate Judge Hoppe and all counsel of record.

ENTERED this 16th day of June, 2015.

s/Jackson L. Kiser                        
SENIOR UNITED STATES DISTRICT JUDGE